

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2015

No. 04-15-00472-CV

**IN THE INTEREST OF J.V. JR., A.A.V., N.V., S.L.V., M.A.T., E.J.V., J.F.V., CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00998
Honorable Richard Garcia, Judge Presiding

## O R D E R

The Texas Rules of Judicial Administration require this court to "ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." TEX. R. JUD. ADM. 6.2(a). This accelerated appeal from the termination of appellant's parental rights has been pending since the notice of appeal was filed in the trial court on July 28, 2015. Appellant's brief was originally due on August 27, 2015. On August 27, 2015, appointed counsel of record, Mr. Joseph Bohac, filed a motion requesting a twenty-day extension of time.

The motion is GRANTED and Mr. Bohac is hereby ORDERED to file appellant's brief no later than September 16, 2015. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.** If Mr. Bohac does not file appellant's brief by September 16, 2015, this appeal will be abated to the trial court for appointment of new counsel.

The Clerk of this court shall cause a copy of this order to be served on Mr. Bohac by certified mail, return receipt requested, and by United States mail.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court